# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANDY WILLARD PETTUS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:18-cv-281-LCB-JHE |
| CARMA WHISENANT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On January 13, 2020, U.S. Magistrate Judge John H. England, III issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that this action be dismissed without prejudice for Plaintiff's failure to prosecute. (Doc. 44). No party has filed objections to the Report and Recommendation.

Having reviewed the proposed findings and recommendations for plain error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 44) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. This action is therefore **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is **DIRECTED** to terminate the case.

**DONE** and **ORDERED** this February 3, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE